U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2018 JUN 27 A 8:42
DEPUTY CLERK

**Synopsis**

2:18-mj-215-JHR

| | |
|---|---|
| **Name:** | **United States v. Michael A. Morrison** |
| **Address:**<br>**(City & State Only)** | **Rockland, Maine** |
| **Year of Birth and Age:** | **1976, 41 years old** |
| **Violations:** | **Ct. 1: 18 USC § 1347 (health care fraud);**<br>**Ct. 2: 18 USC § 669 (embezzlement from health care benefit program)** |
| **Penalties:** | **Cts. 1 and 2: Up to 10 years in prison and a fine of up to $250,000, per count** (18 USC §§ 669, 1347, 3571) |
| **Supervised Release:** | **Cts. 1 and 2: Up to 3 years per count** (18 USC § 3583(a)(b)(2)(Class C felony) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Up to 2 years in prison**<br>(18 U.S.C. § 3583(e)(1)) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Up to 3 years**<br>(18 U.S.C. § 3583(e)(1)) |
| **Defendant's Attorney:** | **none** |
| **Primary Investigative Agency and Case Agent Name:** | **HHS-OIG, Special Agent Catherine Richard** |
| **Detention Status:** | **Not in custody; summons requested** |
| **Foreign National:** | **No** |
| **Foreign Consular Notification Provided:** | **Not applicable** |
| **County:** | **Knox County** |
| **AUSA:** | **James W. Chapman, Jr.** |
| **Guidelines apply? Y/N** | **Yes** |
| **Victim Case:** | **Yes** |
| **Corporate Victims Owed Restitution? Y/N** | **Yes** |
| **Assessments:** | **$100, per count** |